## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSEMARIE STUMPF | ) |
| | ) |
| | ) Hon. Garrett E. Brown, Jr. |
| v. | ) Chief U.S.D.J. |
| | ) Docket No. 03-CV-03540 |
| NEIL R. GARVEY, et al. | ) (GEB)(DEA) |
| | ) |
| (IN RE TYCOM LTD. SECURITIES | ) **To Be Filed Electronically** |
| LITIGATION) | ) |

## NOTICE OF SETTLEMENT TO FEDERAL AND/OR STATE OFFICIALS

### (Class Action Fairness Act, 28 U.S.C. §§ 1711 *et seq.*)

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715,

defendants TyCom Ltd. ("TyCom"), Tyco International Ltd. ("Tyco"), and Tyco's

successors in interest, Tyco International (US) Inc. (n/k/a Tyco Electronics (US)

Inc.), Tyco Electronics, Ltd., and Covidien Ltd., L. Neil R. Garvey, Goldman,

Sachs & Co., Merrill Lynch & Co. and Salomon Smith Barney Inc. (n/k/a

Citigroup Global Markets) (collectively "Settling Defendants") provide the

following notification of the proposed settlement in In re TyCom Ltd. Securities

Litigation, No. 03-cv-3540 (GEB)(DEA) (D.N.J.) (the "Action").[1] The referenced

---

[1] Defendants L. Dennis Kozlowski and Mark H. Swartz (together, the "Non-Settling Defendants") are not parties to the proposed Settlement and Lead Plaintiff's claims against the Non-Settling Defendants remain pending.

exhibits are contained on the Compact Disc enclosed herewith in .pdf files that

may be read with Adobe Acrobat.

| 28 U.S.C. § 1715(b) | Description | Exhibit Number (on enclosed CD) |
|---|---|---|
| 1 | Complaint filed in Stumpf v. Garvey, No. 03-CV-3540 (GEB) (filed July 24, 2003) (D.N.J.).  Case subsequently consolidated with No. 03-CV-4591 as In re TyCom Ltd. Securities Litigation (03-CV-3540). | 1a |
| 1 | Complaint filed in O'Loughlin v. Garvey, No. 03-CV-4591 (GEB) (filed Sept. 26, 2003) (D.N.J.). Case subsequently consolidated with No. 03-CV-3540 as In re TyCom Ltd. Securities Litigation (03-CV-3540). | 1b |
| 1 | Consolidated Securities Class Action Complaint filed in In re TyCom Ltd. Securities Litigation, No. 03-CV-1352 (filed Dec. 13, 2004) (D.N.H.).  Case subsequently transferred to the United States District Court for the District of New Jersey under docket number 03-CV-3540. | 1c |
| 2 | Order Preliminarily Approving Settlement and Providing for Notice of Proposed Settlement and Scheduling Settlement Hearing, entered by the Court on May 6, 2010, setting time of the Settlement Hearing as August 25, 2010 at 1:00 pm before the Honorable Garrett E. Brown, Jr., United States District Court for the District of New Jersey, Clarkson S. Fisher Courthouse, 402 E. State Street, Trenton, NJ 08608. | 2 |

| 28 U.S.C. § 1715(b) | Description | Exhibit Number (on enclosed CD) |
|---|---|---|
| 3 | Affidavit of Compliance with the Court's Order Dated May 18, 209 Directing Notice to Class Members and exhibits.<br><br>Class Members were given notice and an opportunity to exclude themselves from the class through Notice of Pendency of Class Action and Summary Notice of Pendency of Class Action, which notices were provided for in an Order of the Court dated May 19, 2009.  Pursuant to the Proposed Final Judgment and Order of Dismissal (attached as Exhibit 5 to the CD) with Prejudice, Class Members who did not file a timely request for exclusion from the Class by the October 1, 2009 deadline set forth in the notices of pendency will not have another opportunity to exclude themselves from the Class in connection with the proposed settlement.  Class Members who filed timely exclusion requests will not be bound by the release in, or receive any benefit from, the proposed settlement unless they timely file a proof of claim. | 3 |
| 4 | Settlement Agreement and Release dated as of March 26, 2010. | 4 |
| 5 | Class counsel and counsel for the defendants have not entered into any settlement or other agreement contemporaneously with the Stipulation of Settlement and exhibits thereto. | N/A |

| 28 U.S.C. § 1715(b) | Description | Exhibit Number (on enclosed CD) |
|---|---|---|
| 6 | Proposed Final Judgment and Order of Dismissal with Prejudice. | 5 |
| 7 | Because a substantial amount of TyCom stock was purchased through "street name" accounts of various financial institutions, Settling Defendants are not able to identify all individuals and entities who purchased TyCom's stock.  It is thus not feasible to identify or reasonably estimate the number of class members who reside in each State or to estimate the proportionate share of the claims of such members to the entire settlement.[2] | N/A |
| 8 | There are no written judicial opinions relating to the materials attached as Exhibits 3 through 6. | N/A |
|  |  |  |

The foregoing information is provided based on the information currently available to the Settling Defendants and on the status of the proceedings at the time of the submission of this notification.  If you are unable to access any of the information included on the enclosed CD, prefer paper copies of some or all of the enclosed materials or require additional information, please contact TyCom's counsel.

---

[2]    28 U.S.C. § 1715(b)(7)(A) provides that a notification must include "if feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement...." (emphasis supplied).

4

PLEASE TAKE NOTICE that pursuant to CAFA you are not required to comment on the proposed settlement. However, if you wish to comment, please file your comment at the following address:

> Honorable Clerk of Court
> United States District Court
> District of New Jersey
> Clarkson S. Fisher Courthouse
> 502 E. State Street
> Trenton, NJ 08608

Alternatively, the United States District Court for the District of New Jersey (the "District Court") uses the federal electronic case filing ("ECF") system. More information about the District Court's ECF system is located at www.njd.uscourts.gov.

PLEASE TAKE NOTICE that if you choose to comment on the settlement, you should provide notice and a copy of your comment to the counsel identified below.

PLEASE TAKE NOTICE that the Settling Defendants are not under a duty to supplement this notice. If you have any questions about this notice, the underlying action, or the enclosed materials, please contact counsel for the Settling Defendants. The parties' proposed Final Judgment and Order of Dismissal with Prejudice shall request that the Court find that the Settling Defendants have provided notice pursuant to CAFA.

By: _____

    Karen A. Confoy, Esq.
    Sterns & Weinroth, PC
    One State Street Square Office Building
    50 West State Street, Suite 1400
    Trenton, New Jersey 08607-1298
    609-989-5012
    609-392-7956 (fax)
    kconfoy@sternslaw.com
    *Counsel for Defendants TyCom Ltd. and*
    *Tyco International Ltd.*


By: _____

    Elizabeth F. Edwards, Esq.
    McGuire Woods LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219
    804-775-1000
    703.712.5262 (fax)
    wzirkle@mcguirewoods.com
    *Counsel for Defendants TyCom Ltd. and*
    *Tyco International Ltd.*


By: _____

    Fred Bartlit, Jr., Esq.
    Bartlit Beck Herman Palenchar
       & Scott LLP
    1899 Wynkoop Street, Suite 800
    Denver, CO 80202
    303-592-3136
    303-592-3140 (fax)
    fred.bartlit@bartlit-beck.com
    *Counsel for Defendants TyCom Ltd. and*
    *Tyco International Ltd.*

6

By: _____
Beth L. Kaufman, Esq.
Schoeman Updike & Kaufman LLP
60 East 42nd Street
New York, NY 10165
212-661-5030
212-687-2123 (fax)
bkaufman@schoeman.com

*Counsel for Defendant Neil R. Garvey*


By: _____
Lawrence B. Friedman, Esq.
One Liberty Plaza
New York, NY 10006
Cleary Gottlieb Steen & Hamilton LLP
212-225-2000
212-225-3999 (fax)
lfriedman@cgsh.com
*Counsel for Goldman, Sachs & Co.,
Merrill Lynch & Co. and Salomon Smith
Barney Inc. (n/k/a Citigroup Global
Markets)*

7

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE OF

SETTLEMENT TO FEDERAL AND/OR STATE OFFICIALS and accompanying

compact disc were mailed by Federal Express this 10th day of May, 2010 to the

following:

Troy King
Alabama Attorney General
500 Dexter Avenue
Montgomery, AL 36130
(334) 242-7300

Daniel Sullivan
Alaska Attorney General
1031 W. 4th Ave., Suite 200
Juneau, AK 99501-1994
(907) 465-3600

Terry Goddard
Arizona Attorney General
1275 W. Washington St.
Phoenix, AZ 85007
(602) 542-4266

Dustin McDaniel
Arkansas Attorney General
200 Tower Bldg., 323 Center St.
Little Rock, AR 72201-2610
(800) 482-8982

Edmund G. "Jerry" Brown, Jr.
California Attorney General
1300 I St., Ste. 1740
Sacramento, CA 95814
(916) 445-9555

John Suthers
Colorado Attorney General
1525 Sherman St.
Denver, Colorado 80203
303-866-4500

Richard Blumenthal
Connecticut Attorney General
55 Elm St.
Hartford, CT 06141-0120
(860) 808-5318

Joseph R. "Beau" Biden, III
Delaware Attorney General
820 N. French St.
Wilmington, DE 19801
(302) 577-8338

Peter Nickles
District of Columbia Attorney General
1350 PA Ave, NW Suite 409
Washington, DC 20009
(202) 727-3400

Bill McCollum
Florida Attorney General
The Capitol, PL 01
Tallahassee, FL 32399-1050
(850) 414-3300

Thurbert E. Baker
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 656-3300

Mark J. Bennett
Hawaii Attorney General
425 Queen St.
Honolulu, HI 96813
(808) 586-1500

Lawrence Wasden
Idaho Attorney General
700 W. State Street
Boise, ID 83720-1010
(208) 334-2400

Lisa Madigan
Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
(312) 814-3000

Greg Zoeller
Indiana Attorney General
302 West Washington Street, 5th Floor
Indianapolis, IN 46204
(317) 232-6201

Tom Miller
Iowa Attorney General
1305 E. Walnut
Des Moines, IA 50319
(515) 281-5164

Steve Six
Kansas Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597
(785) 296-2215

Jack Conway
Kentucky Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300

James D. "Buddy" Caldwell
Louisiana Attorney General
1885 N. Third St.
Baton Rouge, LA 70804
225-326-6000

Janet T. Mills
Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800

Douglas F. Gansler
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202
(410) 576-6300

Martha Coakley
Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108-1698
(617) 727-2200

9

Mike Cox
Michigan Attorney General
525 W. Ottawa St.
Lansing, MI 48909-0212
(517) 373-1110

Lori Swanson
Minnesota Attorney General
445 Minnesota Street
St. Paul, MN 55101-2131
(651) 296-3353

Jim Hood
Mississippi Attorney General
550 High Street, Suite 1220
Jackson, MS 39201
(601) 359-3680

Chris Koster
Missouri Attorney General
207 W. High St.
Jefferson City, MO 65101
(573) 751-3321

Steve Bullock
Montana Attorney General
Justice Bldg., 215 N. Sanders
Helena, MT 59620-1401
(406) 444-2026

Jon Bruning
Nebraska Attorney General
1445 K. Street
Lincoln, NE 68509
(402) 471-2682

Catherine Cortez Masto
Nevada Attorney General
Old Supreme Ct. Bldg., 100 N. Carson St.
Carson City, NV 89701
(775) 684-1100

Michael Delaney
New Hampshire Attorney General
State House Annex, 33 Capitol St.
Concord, NH 03301-6397
(603) 271-3658

Paula T. Dow
New Jersey Attorney General
25 Market Street
Trenton, NJ 08625
(609) 292-8740

Gary King
New Mexico Attorney General
408 Galisteo Street
Sante Fe, NM 87501
(505) 827-6000

Andrew Cuomo
New York Attorney General
Washington Ave. & State Street
The Capitol, 2nd Fl.
Albany, NY 12224-0341
(518) 474-7330

Roy Cooper
North Carolina Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001
(919) 716-6400

Wayne Stenehjem
North Dakota Attorney General
State Capitol, 600 E. Boulevard Ave.
Bismarck, ND 58505-0040
(701) 328-2210

Richard Cordray
Ohio Attorney General
State Office Tower, 30 E. Broad St.
Columbus, OH 43266-0410
(614) 466-4320

W. A. Drew Edmondson
Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

John Kroger
Oregon Attorney General
Justice Bldg., 1162 Court St., NE
Salem, OR 97301
(503) 378-4732

Tom Corbett
Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

Patrick C. Lynch
Rhode Island Attorney General
150 S. Main St.
Providence, RI 02903
(401) 274-4400

Henry McMaster
South Carolina Attorney General
1000 Assembly Street, Room 519
Columbia, SC 29201
(803) 734-3970

Marty J. Jackley
South Dakota Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
(605) 773-3215

Robert E. Cooper, Jr.
Tennessee Attorney General
425 5th Avenue North
Nashville, TN 37243
615-741-3491

Greg Abbott
Texas Attorney General
300 W. 15th Street
Austin, TX 78701
(512) 463-2100

Mark Shurtleff
Utah Attorney General
350 North State Street, Suite 230
Salt Lake City, UT 84114
(801) 538-9600

William H. Sorrell
Vermont Attorney General
109 State St.
Montpelier, VT 05609-1001
(802) 828-3173

Ken Cuccinelli
Virginia Attorney General
900 East Main Street
Richmond, VA 23219
(804) 786-2071

Rob McKenna
Washington Attorney General
1125 Washington St. SE
Olympia, WA 98504-0100
(360) 753-6200

Darrell V. McGraw, Jr.
West Virginia Attorney General
State Capitol, 1900 Kanawha Blvd. E.
Charleston, WV 25305
(304) 558-2021

J.B. Van Hollen
Wisconsin Attorney General
17 W. Main Street
114 E. State Capitol
Madison, WI 53703
(608) 266-1221

Bruce A. Salzburg
Wyoming Attorney General
123 State Capitol Bldg., 200 W. 24th Street
Cheyenne, WY 82002
(307) 777-7841

Eric H. Holder
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
(202) 514-2000

By: *Elizabeth F. Edwards*
    Elizabeth F. Edwards, Esq.
    McGuireWoods LLP